## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 18-CIV-25474-RAR

**SHERMAN NEALY**, *et al.,*

     Plaintiffs,

v.

**ATLANTIC RECORDING CORP.,** *et al.*,

     Defendants.

_____/

### ORDER RE-SCHEDULING MEDIATION

     The mediation conference in this matter shall be held with Harry R. Schafer at **11:00 a.m. on Thursday, October 29, 2020**, at the offices of GrayRobinson, P.A., 333 S.E. 2nd Avenue, Suite 3200, Miami, Florida 33131 (via Zoom).  A report of the mediation must be filed **within seven (7) days** thereafter.

     **DONE AND ORDERED** in Fort Lauderdale, Florida, this 16th day of August, 2020.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**