UNITED STATES DISTRICT
COURT FOR SOUTHERN
DISTRICT OF FLORIDA

Case No.: 1:18-cv-25474-RAR

MUSIC SPECIALIST, INC., a Florida
Corporation, and
SHERMAN NEALY, an
individual

       Plaintiffs,
v.

ATLANTIC RECORDING CORP. a Delaware
Corporation, WARNER/CHAPPELL
MUSIC, INC., a Delaware Corporation,
ARTIST PUBLISHING GROUP, L.L.C., a
Delaware Limited Liability Company

       Defendants.
_____/

**PLAINTIFFS' NOTICE OF AUTHORITIES
FOR DISCOVERY HEARING ON SEPTEMBER 25, 2020**

Pursuant to Paragraph II(E) of the Court's Discovery Procedures, Plaintiffs provide the following Notice of Authorities in connection with the hearing scheduled for September 25, 2020.

### I. DISCOVERY OF FINANCIAL INFORMATION RELATED TO DEFENDANTS' FOREIGN USE AND EXPLOTIATION OF THE SUBJECT MUSICAL WORKS

(1) *Palmer v. Braun*, 376 F.3d 1254 (11th Cir. 2004)

(2) *P & D Int'l v. Halsey Pub. Co.*, 672 F. Supp. 1429 (S.D. Fla. 1987)

(3) *Hermosilla v. Coca-Cola Co.*, No. 10-21418-CIV, 2010 U.S. Dist. LEXIS 139020 (S.D. Fla. Dec. 27, 2010)

1

Dated: September 24, 2020    Respectfully Submitted,

By: Carlton LP Talbot, Esq.
Carlton LP Talbot Attorney At Law Fla Bar ID: 0107089
123 NW 23rd St.
Miami, FL 33127
Telephone: (305) 697-3030
Email: ctesq.consulting@gmail.com

/s/ *Peter G. Herman*

By: Peter G. Herman
Peter Herman, P.A.
3020 NE 32nd Avenue, Suite 226 Ft. Lauderdale, FL 33308
Telephone: (954) 882-1133
Florida Bar No. 353991
servicepgh@thlglaw.com

/s/ *Chelsea Lewis*

By: Chelsea Lewis
**LEWIS LAW, LLC**
151 North Nob Hill Rd Plantation, FL 33324
Telephone: (954) 870-9734
Florida Bar No.111607
chelsealewispa@gmail.com

By: David A. Moreno Jr., Esq.
Law Offices of Spar & Bernstein, P.C. NY Bar ID: 5004460 *Pro Hac Vice* 225 Broadway 5th Flr.
New York, NY 10007
Telephone: (646) 633-3064 Email: dmoreno@lawsb.com

*Attorneys for Sherman Nealy and Music Specialist, Inc.*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of September, 2020 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system.

Respectfully Submitted,

*/s/ Peter G. Herman*
_____
By: Peter G. Herman
Peter Herman, P.A.
3020 NE 32nd Avenue, Suite 226 Ft. Lauderdale, FL 33308
Telephone: (954) 882-1133
Florida Bar No. 353991
servicepgh@thlglaw.com