**UNITED STATES DISTRICT
COURT FOR SOUTHERN
DISTRICT OF FLORIDA**

Case No.: 1:18-cv-25474-RAR

MUSIC SPECIALIST, INC., a Florida
Corporation, and
SHERMAN NEALY, an
individual

       Plaintiffs,

v.

ATLANTIC RECORDING CORP. a Delaware
Corporation, WARNER/CHAPPELL
MUSIC, INC., a Delaware Corporation,
ARTIST PUBLISHING GROUP, L.L.C., a
Delaware Limited Liability Company

       Defendants.
_____/

**PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE ORDER ON
DEFENDANTS' MOTION FOR LEAVE TO FILE A SINGLE CONSOLIDATED
MOTION FOR SUMMARY JUDGMENT [DE 162]**

Plaintiffs Musical Specialist, Inc. ("MSI") and Sherman Nealy ("Nealy"), by and through undersigned counsel, hereby move for reconsideration of this Court's Order dated October 21, 2020, granting Defendants' Motion for Leave to file a single consolidated motion for summary judgment. *See* DE 162.

**BACKGROUND AND MEMORANDUM OF LAW**

On October 9, 2020, Defendants Atlantic Recording Corp. ("Atlantic"), Warner/Chappell Music, Inc. ("Warner") and Artist Publishing Group, LLC ("Artist")(collectively, "Defendants") moved for leave to file a consolidated motion for summary judgment "not to exceed 50 pages in

1

length" (the "Motion"). *See* DE 156. Defendants' Motion was neither an emergency motion, pursuant to Local Rule 7.1(d)(1), or an expedited motion pursuant to Local Rule 7.1(d)(2). Thus, pursuant to Local Rule 7.1(c), Plaintiffs would have been afforded "fourteen (14) days" from the "filing and service of the motion" to respond and oppose Defendants' Motion. Plaintiffs' response to that Motion, therefore, was to be filed no later than Friday, October 23, 2020. And, in all likelihood, the earliest that Defendants' Motion could have been granted would have been Monday, October 26, the last day on which summary judgment motions in the instant case must be filed. However, on October 21, 2020, two (2) days prior to the date Plaintiffs' were to respond, this Court entered an Order granting Defendants Motion. *See* DE 162. Plaintiffs' request that this Court reconsider that Order for the following reasons:

While Defendants' contend that the filing of a single, consolidated motion for summary judgment "would allow for common issues to be addressed clearly and efficiently while also permitting the presentation of legal and factual issues as to the distinct Defendants … a single, consolidated motion is in the interests of judicial economy … and will not prejudice any party," that simply is not the case. *See* DE 157. A brief summary of Plaintiffs' opposition (for purposes of this motion) is that, in reality, while the facts and issues in this case are indeed similar as to each of the Defendants, Defendants request is not an attempt to "assist the parties and the Court," *id.*, but an attempt to side-step the Local Rules of this Court and afford themselves, as a group, additional pages with which to make additional and alternative arguments they would not otherwise be able to make through the filing of separate summary judgment motions. As such, Plaintiffs' contend that Plaintiffs will be prejudiced by the granting of the relief requested in Defendants' Motion.

## CONCLUSION

For the foregoing reasons, we respectfully request this Court reconsider and deny the Order granting Defendants' Motion for Leave to file a single, consolidated motion for summary judgment or to allow Plaintiffs the opportunity to file an appropriate opposition to Defendants' Motion.

Dated: October 22, 2020                    Respectfully Submitted,

By: Carlton LP Talbot, Esq.
Carlton LP Talbot Attorney At Law Fla Bar ID: 0107089
123 NW 23rd St.
Miami, FL 33127
Telephone: (305) 697-3030
Email: ctesq.consulting@gmail.com

/s/ Peter G. Herman

By: Peter G. Herman
Peter Herman, P.A.
3020 NE 32nd Avenue, Suite 226 Ft. Lauderdale, FL 33308
Telephone: (954) 882-1133
Florida Bar No. 353991
service@phpalaw.com

By: David A. Moreno Jr., Esq.
Law Offices of Spar & Bernstein, P.C. NY Bar ID: 5004460 *Pro Hac Vice* 225 Broadway 5th Flr.
New York, NY 10007
Telephone: (646) 633-3064 Email: dmoreno@lawsb.com

*Attorneys for Sherman Nealy and Music Specialist, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of October, 2020 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system.

Respectfully Submitted,

*/s/ Peter G. Herman*
_____
By: Peter G. Herman
Peter Herman, P.A.
3020 NE 32nd Avenue,
Suite226 Ft. Lauderdale, FL
33308 Telephone: (954) 882-1133
Florida Bar No. 353991
service@phpalaw.com