UNITED STATES DISTRICT
COURT FOR SOUTHERN
DISTRICT OF FLORIDA

Case No.: 1:18-cv-25474-RAR

MUSIC SPECIALIST, INC., a Florida
Corporation, and
SHERMAN NEALY, an
individual

        Plaintiffs,
v.

ATLANTIC RECORDING CORP. a Delaware
Corporation, WARNER/CHAPPELL
MUSIC, INC., a Delaware Corporation,
ARTIST PUBLISHING GROUP, L.L.C., a
Delaware Limited Liability Company

        Defendants.
                                         /

**MOTION TO STRIKE AND REFILE PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND STATEMENT OF MATERIAL FACTS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

On October 26, 2020, Plaintiffs Music Specialist, Inc. ("MSI") and Sherman Nealy ("Nealy") filed a Motion for Partial Summary Judgment [DE 165] and a Statement of Material Facts in Support thereof [DE 168]. Included in Plaintiffs' filings was the signature of David A. Moreno Jr., Esq. ("Moreno"). Moreno has been previously admitted to appear pro hac vice in a related action in the Southern District of Florida, *see Baker et al vs Warner/Chappell Music, Inc. et al*, Case No. 14-22403-CIV-Lenard/Goodman [DE 211; 213], and was, at one time, prepared to file a motion to appear pro hac vice in the instant case. As he has not done so, Plaintiffs inclusion of Moreno's signature on Plaintiffs' recent filings was inadvertent and inappropriate. Plaintiffs,

1

therefore, move to strike Plaintiffs' Motion for Partial Summary Judgment [DE 165] and Statement of Material Facts in Support thereof [DE 168]. Upon the striking of said filings, Plaintiffs request that they be permitted to refile an Amended Motion for Partial Summary Judgment and an Amended Statement of Material Facts in Support thereof without Moreno's signature.

Pursuant to Local Rule 7.1, undersigned counsel has conferred with counsel for Defendants with regard to the relief sought herein and is advised that Defendants agree to the relief sought herein.

**WHEREFORE**, based on the foregoing, Plaintiffs respectfully request this Court strike Plaintiffs' Motion for Partial Summary Judgment and Statement of Material Facts in Support thereof and grant Plaintiffs' request to file Amended versions of same.

Dated: November 4, 2020                    Respectfully Submitted,

By: Carlton LP Talbot, Esq.
Carlton LP Talbot Attorney At
Law Fla Bar ID: 0107089
123 NW 23rd St.
Miami, FL 33127
Telephone: (305) 697-3030
Email: ctesq.consulting@gmail.com

/s/ *Peter G. Herman*

By: Peter G. Herman
Peter Herman, P.A.
3020 NE 32nd Avenue, Suite 226 Ft. Lauderdale, FL 33308
Telephone: (954) 882-1133
Florida Bar No. 353991
service@phpalaw.com

*Attorneys for Sherman Nealy and Music Specialist, Inc.*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of November, 2020 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system.

Respectfully Submitted,

*/s/ Peter G. Herman*
_____
By: Peter G. Herman
Peter Herman, P.A.
3020 NE 32nd Avenue,
Suite 226 Ft. Lauderdale, FL 33308
Telephone: (954) 882-1133
Florida Bar No. 353991
service@phpalaw.com