UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 18-25474-CIV-RUIZ

MUSIC SPECIALIST, INC., a Florida Corporation,
and SHERMAN NEALY, an individual,

    Plaintiffs,

v.

ATLANTIC RECORDING CORPORATION,
et al.,

    Defendants.
_____/

## STIPULATION ON EVIDENTIARY ISSUES

Plaintiffs and Defendants, as a result of the meet and confer process for Defendants' Motion *in Limine*, hereby agree and stipulate to the following evidentiary exclusions for the trial of this matter:

1. Plaintiffs will not offer evidence, testimony or argument regarding any "fraud" or "fraudulent conduct" purportedly committed by the Defendants, including without limitation any evidence, testimony or argument regarding the "fraudulent conveyance" of any copyrights, or copyright infringement by means of participation in "fraudulent" contracts or agreements. This stipulation does not prohibit references to the state court judgment entered in the case of Pandisc, et al. v. Butler, et al; Case No. 10-59481 CA 40, in the Circuit Court of Dade County, reference to which will be the subject of an *in limine* motion to be filed by Defendants.

2. Plaintiffs will not offer evidence, testimony or argument regarding any exploitation or damages concerning the following sound recordings : "Fix It In The Mix," "Freestyle Express," and "When I Hear Music."

#43705246 v1

3. Plaintiffs will not offer evidence, testimony or argument regarding any exploitation or damages concerning the following musical compositions: "Fix It In The Mix," "Freestyle Express," and "When I Hear Music."

4. Plaintiffs will not offer evidence, testimony or argument concerning the parties' relative wealth or resources. This does not preclude Plaintiffs from using testimony that is already in the record relating to the size and reach of the defendant parties in the music business.

5. Plaintiffs will not offer evidence, testimony or argument of "fraudulent concealment" with respect to the Defendants' statute of limitations defense. This stipulation does not preclude Plaintiffs from offering evidence, testimony or argument concerning Nealy or MSI not having been parties to various lawsuits but prohibits Plaintiffs from arguing that constitutes "fraud" or "fraudulent concealment" by Defendants.

| **CARLTON LP TALBOT ATTORNEY AT LAW**<br>*Attorneys for Plaintiffs*<br>123 NW 23rd Street<br>Miami, FL 33127<br>Telephone: (305) 697-3030<br><br><br>By: /s/ Carlton LP Talbot<br>　　Carlton LP Talbot<br>　　Florida Bar No. 0107089<br>　　ctesq.consulting@gmail.com<br><br><br>**PETER HERMAN, P.A.**<br>3020 NE 32nd Avenue, Suite 226<br>Ft. Lauderdale, FL 33308<br>Telephone: (954) 882-1133<br><br>By: /s/ Peter G. Herman<br>　　Peter G. Herman<br>　　Florida Bar No. 353991<br>　　Service@phpalaw.com | **GRAY ROBINSON, P.A.**<br>*Attorneys for Defendants Warner Chappell Music, Inc., Atlantic Recording Corporation, and Artist Publishing Group, LLC*<br>333 SE 2nd Avenue, Suite 3200<br>Miami, FL 33131<br>Telephone: (305) 416-6880<br><br>By: /s/ Karen L. Stetson<br>　　Karen L. Stetson<br>　　Florida Bar No. 742937<br>　　karen.stetson@gray-robinson.com<br><br>and<br><br>Jonathan Z. King (*admitted pro hac vice*)<br>**COWAN, LIEBOWITZ & LATMAN, P.C.**<br>*Attorneys for Atlantic Recording Corporation*<br>114 West 47th Street<br>New York, NY 10036-1525<br>Telephone: (212) 790-9238 |

#43705246 v1

|  | JZK@cll.com |
|---|---|

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk of the Court and furnished via CM/ECF to all participating recipients, on this 15th day of March, 2021.

By: /s/ Karen L. Stetson

#43705246 v1