UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CIV-25474-RAR

**SHERMAN NEALY**, *et al.,*

    Plaintiffs,

v.

**ATLANTIC RECORDING CORP.**, *et al.*,

    Defendants.

_____/

### **FINAL JUDGMENT AS TO DEFENDANT ATLANTIC RECORDING CORPORATION**

    Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the Court's Order Affirming and Adopting Report and Recommendation [ECF No. 256], it is hereby

    **ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Defendant Atlantic Recording Corporation. Plaintiff shall take nothing from Defendant Atlantic Recording Corporation in this action and Defendant Atlantic Recording Corporation shall go hence without day.

    **DONE AND ORDERED** in Fort Lauderdale, Florida, this 4th day of June, 2021.

                                            _____
                                            **RODOLFO A. RUIZ II**
                                            UNITED STATES DISTRICT JUDGE