UNITED STATES DISTRICT
COURT FOR SOUTHERN
DISTRICT OF FLORIDA

Case No.: 1:18-cv-25474-RAR

MUSIC SPECIALIST, INC., a Florida
Corporation, and
SHERMAN NEALY, an
individual

       Plaintiffs,
v.

ATLANTIC RECORDING CORP. a Delaware
Corporation, WARNER/CHAPPELL
MUSIC, INC., a Delaware Corporation,
ARTIST PUBLISHING GROUP, L.L.C., a
Delaware Limited Liability Company

       Defendants.
_____/

**PLAINTIFFS' NOTICE OF APPEAL TO THE**
**UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT**

Music Specialist, Inc. and Sherman Nealy, the Plaintiffs in this case, appeal to the United States Court of Appeals for the Eleventh Circuit from the order of the United States District Court for the Southern District of Florida affirming and adopting the Magistrate's Report and Recommendation [D.E. 256] to the extent that such order found that Plaintiffs did not have standing to bring a copyright infringement action as to certain musical compositions, as well as the related final judgement in favor of Defendant Atlantic Recording Corporation [D.E. 257], both of which were entered in this case on June 4, 2021. Such order and judgment were made final and appealable pursuant to the Court's June 21, 2021 Order Granting Rule 54(b) Certification [D.E.

262]. The parties to the order and judgment appealed from and their respective counsel are as follows:

1. Music Specialist, Inc. and Sherman Nealy
   Plaintiffs and Appellants

   Peter G. Herman
   Peter Herman, P.A.
   3020 NE 32nd Avenue, Suite 226
   Ft. Lauderdale, FL 33308
   Telephone: (954) 882-1133
   service@phpalaw.com

   Carlton LP Talbot, Esq.
   Carlton LP Talbot Attorney At Law
   123 NW 23rd St.
   Miami, FL 33127
   Telephone: (305) 697-3030
   ctesq.consulting@gmail.com

   Brady F. Williamson
   Salzano, Lampert & Wilson, LLP
   275 Madison Ave., 35th Floor
   New York, NY 10016
   Telephone: (646) 863-1883
   bwilliamson@slwlawoffices.com

2. Atlantic Recording Corporation
   Defendant and Appellee

   Jonathan Z. King
   Cowan, Liebowitz & Latman, P.C.
   147 West 47th Street
   New York, NY 10036
   Telephone: (212) 790-9238
   jzk@cll.com

3. Warner Chappell Music, Inc. and Artist Publishing Group, LLC
   Defendants and Appellees

   Karen L. Stetson
   Gray Robinson, P.A.
   333 SE 2nd Avenue, Suite 3200

    Miami, FL 33131
    Telephone: (305) 416-6880
    karen.stetson@gray-robinson.com

Dated: July 21, 2021　　　　　　　　　Respectfully Submitted,

    /s/ Peter G. Herman
    By: Peter G. Herman, FBN 353991
    Peter Herman, P.A.
    3020 NE 32nd Avenue, Suite 226
    Ft. Lauderdale, FL 33308
    Telephone: (954) 882-1133
    service@phpalaw.com

    /s/ Carlton Talbot
    By: Carlton LP Talbot, Esq., FBN 0107089
    Carlton LP Talbot Attorney At Law
    123 NW 23rd St.
    Miami, FL 33127
    Telephone: (305) 697-3030
    ctesq.consulting@gmail.com

    and

    Brady F. Williamson (admitted
    *pro hac vice*)
    Salzano, Lampert & Wilson, LLP
    275 Madison Ave., 35th Floor
    New York, NY 10016
    Telephone: (646) 863-1883
    bwilliamson@slwlawoffices.com

    *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk of the Court and furnished via CM/ECF to all participating recipients, on this 21st day of July, 2021

/s/ *Peter G. Herman*