Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2                    Miami Division

 3

 4    _____

 5    MUSIC SPECIALIST, INC., a Florida
      corporation, and SHERMAN NEALY,
 6    an individual,

 7              Plaintiffs,            Case No.
      vs.                              18-25474-CIV-RAR
 8
      ATLANTIC RECORDING CORP., et al.,
 9
                Defendants.
10    _____

11

12

13       VIDEO RECORDED DEPOSITION OF JONATHAN BLACK

14                   Conducted Virtually

15                Thursday, June 25, 2020

16

17

18

19

20

21

22

23

24    Reported by:  TRACEY S. LOCASTRO, RPR, FPR

25    Job Number:  181012
```

```
                                                       Page 194
 1                    JONATHAN BLACK
 2          question.
 3               THE WITNESS:  For every song that
 4          I --
 5  BY MR. HERMAN:
 6          Q.   Did you answer?
 7          A.   My answer is, for every song that I
 8  registered I prepared a songwriters contract.
 9          Q.   Okay.
10          A.   That same one, popular songwriters
11  agreement.
12          Q.   All right.  And in that songwriters
13  agreement was there any splits with the -- with
14  regard to the publishing like we were talking
15  about in your direct examination?  Do you recall
16  anything like that?
17          A.   Never did any split publishing
18  (indiscernible).
19          Q.   Okay.  So what was the songwriter, or
20  in this case Tony Butler for Jam The Box, what
21  was he transferring to Music Specialist
22  Publishing pursuant to the agreements that you
23  prepared?
24          A.   He was basically transferring the
25  copyright, the right to copyright, the
```