UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 18-25474-CIV-RUIZ

MUSIC SPECIALIST, INC., a Florida corporation,
and SHERMAN NEALY, an individual,

    Plaintiffs,

v.

WARNER CHAPPELL MUSIC, INC. et al.,

    Defendants.
_____/

## JOINT STATUS REPORT

Plaintiffs MUSIC SPECIALIST, INC and SHERMAN NEALY, and Defendants WARNER CHAPPELL MUSIC, INC. and ARTIST PUBLISHING GROUP, LLC, by and through undersigned counsel, hereby provide the following report in accordance with the Court's Order of July 17, 2024:

1. The parties conducted an informal settlement conference on July 26, 2024, with counsel participating by zoom conference and the parties participating on "stand by."

2. Negotiations were undertaken from approximately 11:00 a.m. to approximately 4:00 p.m.

3. Although the parties made progress, they were unable to conclude settlement talks and, therefore, plan to proceed with the formal mediation scheduled before Judge Hanzman on July 29, 2024.

DATED this 26th day of July, 2024.

1

#61109354 v1

| | |
|---|---|
| **THE KLEPPIN LAW FIRM**<br>*Attorneys for Plaintiffs Music Specialist, Inc. and Sherman Nealy*<br>8751 W. Broward Blvd, Suite 105<br>Plantation, FL 33324<br>Telephone: (954) 424-1933<br><br>By: /s/ Chris Kleppin<br>       Chris Kleppin<br>       Florida Bar No.: 625485<br>       chris@kleppinlaw.com | **GRAY ROBINSON, P.A.**<br>*Attorneys for Defendant Warner Chappell Music, Inc.*<br>333 SE 2nd Avenue, Suite 3200<br>Miami, FL 33131<br>Telephone: (305) 416-6880<br><br>By: /s/ Karen L. Stetson<br>       Karen L. Stetson<br>       Florida Bar No. 742937<br>       karen.stetson@gray-robinson.com<br>       Jonathan L. Gaines<br>       Florida Bar No.: 330361<br>       Jonathan.gaines@gray-robinson.com<br><br>**COWAN LIEBOWITZ & LATMAN**<br>*Counsel for Defendant Warner Chappell Music, Inc*<br>114 West 47th Street<br>New York NY 10036<br>Telephone: (212) 790-9238<br><br>By: /s/ Jonathan Z. King<br>       Jonathan Z. King<br>       jzk@cll.com<br><br>**WOLFE LAW FIRM MIAMI, P.A.**<br>*Counsel for Defendant Artist Publishing Group LLC*<br>175 SW 7th Street, Suite 2410<br>Miami, FL 33130<br>Telephone: (646) 863-1883<br>By: /s/ Mason R. Wolfe<br>       Mason R. Wolfe<br>       Florida Bar No.: 0124562<br>       mwolfe@wolfelawmiami.com |

#61109354 v1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk of the Court and furnished via CM/ECF to all participating recipients, on this 26th day of July, 2024.

By: /s/ Karen L. Stetson

#61109354 v1